

# United States Bankruptcy Court
## Northern District of Illinois

In re: Charlene Miller                           Chapter  13 Debtor

Case # 18-32644

Claim # 8

## PRAECIPE TO WITHDRAW PROOF OF CLAIM OF

## Kia Motors Finance

Kindly withdraw the Proof of Claim filed by Kia Motors Finance on 1/22/2019.   Reason:  Filed under wrong case.

Claim # 8

Respectfully Submitted,

/s/ Bankruptcy Associate

Kia Motors Finance

P.O. Box 20829

Fountain Valley, CA 92728

(800) 570-3037

Dated: 3/11/2019